

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Tom F. Coleman, Jr.
County Attorney
Angelina County
Lufkin, Texas

Dear Sir:                    Attention:  Mr. E. J. Conn

                             Opinion No. O-6063
                             Re:  Whether or not the occupation tax on
                                  traveling vendors of patent medicines
                                  are collected through the State or
                                  County?

        Your request of May 31, 1944, for an opinion upon the
captioned question has been considered.  We quote from your letter
as follows:

        "We have some medicine peddlers operating in this county,
    who sell drugs as well as medicine, who have not paid the
    occupation tax.

        "I would like to be advised if this tax is collected
    through the State or if the County is required to collect
    same."

        Article 7047, V. A. C. S., levies a State occupation
tax upon traveling vendors of patent or other medicines.  Article
7048, V. A. C. S., gives a county the right to levy one half of
the occupation tax levied by the State upon these vendors.

        Prior to 1942, these taxes were collected by the county
tax collectors.  The 47th Legislature, however, enacted a law now
designated as Article 7047a-20, V. A. C. S., which in part reads:

        "The Comptroller of Public Accounts of the State of
    Texas is, from January 1, 1942, the effective date of this
    Act, authorized and required to collect, and all persons,
    firms, corporations, or associations shall pay to the Comp-
    troller of Public Accounts, all State occupation taxes levied
    upon any occupation or business by Article 7047, Revised
    Civil Statutes of Texas of 1925, and House Bill No. 514,
    Acts of 1931, Forty-second Legislature, page 447, Chapter 267,

and House Bill No. 20, Acts of 1927, Fortieth Legislature, page 324, Chapter 220, any law or parts of laws to the contrary notwithstanding."

"All laws and parts of laws in conflict herewith and requiring the Assessors-Collectors of the various counties of the State to collect State occupation taxes levied by Article 7047, Revised Civil Statutes of Texas of 1925, and House Bill No. 514, Acts of 1931, Forty-second Legislature, page 447, Chapter 267, and House Bill No. 20, Acts of 1927, Fortieth Legislature, page 324, Chapter 220, are hereby expressly repealed. . . ."

It will be noticed that the above statute only requires the State Comptroller to collect the State occupation taxes.

Therefore, you are advised that the Comptroller of Public Accounts of the State of Texas is required to collect the State occupation tax on the vendors in question, and the county tax collector should collect any county occupation tax that may have been levied upon such vendors.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Robert O. Koch

Robert O. Koch
Assistant

ROK:AMM

APPROVED JUN 13, 1944

G. Blackburn

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BW
CHAIRM